**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 25-1635**

—————

MOISES MEJIA AMAYA,

        Petitioner,

    v.

TODD BLANCHE, Acting Attorney General,

        Respondent.

—————

On Petition for Review of an Order of the Board of Immigration Appeals.

—————

Submitted:  June 1, 2026                    Decided:  June 24, 2026

—————

Before KING and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————

Petition denied by unpublished per curiam opinion.

—————

Moises Mejia Amaya, Petitioner Pro Se. Aric Allan Anderson, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moises Mejia Amaya, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Mejia Amaya's informal brief does not challenge the Board's reasons for upholding the IJ's denial of his applications for relief, Mejia Amaya has forfeited appellate review of the Board's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny the petition for review. *In re Mejia Amaya* (B.I.A. May 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
